UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 1:13CR126

v.                                     Hon. Robert J. Jonker

MARVIN RAY THOMAS,

        Defendant.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 5, 2016. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 5, 2016, is approved and adopted as the opinion of the Court.

      **IT IS FURTHER ORDERED** that defendant's objections to the garnishment (docket #73) are **OVERRULED** for reasons articulated by the Magistrate Judge.

                                                    /s/Robert J. Jonker
                                                     Robert J. Jonker
                                              Chief United States District Judge

Dated:  February 26, 2016